■ In the Matter of WALL STREET RACQUET CLUB, INC., Appellant, v CITY OF NEW YORK et al., Respondents. WALL STREET RACQUET CLUB, INC., Appellant, v CITY OF NEW YORK, Respondent.—Order and judgment (one paper), Supreme Court, New York County (David Edwards, Jr., J.), entered on March 27, 1987, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order entered on or about March 30, 1987 is unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Milonas and Smith, JJ.